**Opinion issued May 16, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00131-CV**

_____

**CHARLOTTE DUBRAY, Appellant**

**V.**

**3DDY'S TRUCKING, LLC, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 21-CV-0322**

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss this appeal. No opinion has issued.

The Court grants the motion and dismisses this appeal. *See* TEX. R. APP. P. 42.1(a); 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.